**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reynaldo Clemente GARCIA,**
**Defendant–Appellant.**

No. 02–50254.

D.C. No. CR–01–00031–RJT.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 19, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Reynaldo Clemente Garcia appeals his guilty-plea conviction and 70–month sen-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

tence imposed for distributing methamphetamine, in violation of 21 U.S.C. § 841(a). Clemente Garcia's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Clemente Garcia has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.